**Ana H. PASOS, Appellant,**

v.

**Herman S. FERBER and Marion Juanita Ferber, Tri-F's Associates, Inc., Intervening Defendant,**

and

**Craft Associates, Garnishee.**

No. 16529.

United States Court of Appeals
Third Circuit.

Argued Nov. 8, 1967.

Decided Dec. 15, 1967.

Leo L. McCormick, Downey, Sullivan, McCormick & Fitzgerald, Kansas City, Mo. (B. Todd Maguire, Wilkes-Barre, Pa., on the brief), for appellant.

Albert H. Aston, Wilkes-Barre, Pa. (Robert V. Stevens, Wilkes-Barre, Pa., Alfred A. Fielder, Omaha, Neb., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FORMAN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

In the instant case the District Court for the Middle District of Pennsylvania, 263 F.Supp. 877, entered an Order dissolving and setting aside part of a writ of execution it had issued in attachment proceedings instituted by the plaintiff-appellant.

On review of the record and the contentions presented by the parties on this appeal we are of the opinion that the evidence sustained the District Court's disposition.

The Order of the District Court will be affirmed for the reasons so well stated by Chief Judge Sheridan in his Opinion which exhaustively reviews the evidence and applicable legal principles.

**James G. GLOVER et al., Appellants,**

v.

**ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY et al., Appellees.**

No. 24288.

United States Court of Appeals
Fifth Circuit.

Dec. 5, 1967.

William M. Acker, Jr., Macon L. Weaver, Oscar W. Adams, Jr., Lynn G. Baldwin, Birmingham, Ala., H. Carl Isaacs, Jr., Birmingham, Ala., Smyer, White, Reid & Acker, Birmingham, Ala., of counsel, for appellants.

Jerome A. Cooper, William F. Gardner, Drayton T. Scott, Birmingham, Ala., Paul R. Moody, St. Louis, Mo., Richard R. Lyman, Donald W. Fisher, Toledo, Ohio, Benj. L. Erdreich, Birmingham, Ala., Mulholland, Hickey & Lyman, Toledo, Ohio, and Cooper, Mitch & Crawford, Birmingham, Ala., of counsel, for appellee Brotherhood of Railway Carmen of America.

Before RIVES, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

We agree with the opinion and decision of the district court. In addition to the authorities there cited, see Republic Steel Corporation v. Maddox, 1965, 379 U.S. 650, 85 S.Ct. 614, 13 L.Ed.2d 580; Walker v. Southern Railway Co., 1966, 385 U.S. 196, 87 S.Ct. 365, 17 L.Ed.2d 294; Vaca v. Sipes, 1967, 386 U.S. 171, 87 S. Ct. 903, 17 L.Ed.2d 842; Steen v. Local Union No. 163, 6 Cir. 1967, 373 F.2d 519; Howard v. St. Louis-San Francisco Railway Co., 8 Cir. 1966, 361 F.2d 905. The judgment is

Affirmed.